# **M A N D A T E**

TO THE COUNTY COURT AT LAW NO. 2 of HIDALGO COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 5th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

Martin Almazan and Irasema Salinas,                                                    Appellants,

v.

Deutsche Bank Trust Company                                                        Appellee.
Americas as Trustee for Rali
2007QS3 by and through its servicer-
in-fact, GMAC Mortgage, LLC

CAUSE NO. 13-14-00712-CV                                    (Tr.Ct.No. CL-12-2446-B)

was determined; and therein our said Court made its order in these words:

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 5, 2015.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 21st day of April, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, CLERK